John D. Burns, Esquire
The Burns Law Firm, LLC (MD 22777)
6305 Ivy Lane – Suite 340
Greenbelt, Maryland 20770
(301) 441-8780
info@burnsbankruptcyfirm.com
*Chapter 11 Counsel to Raocore Technology, LLC*
*And Counsel to the Firm/Appellant*

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| **RAOCORE TECHNOLOGY, LLC** | | Case No.  24-00065 (ELG) |
| | * | **Chapter 7, Converted** |
| **Debtor** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>NOTICE OF CIVIL APPEAL</u>

THE BURNS LAWFIRM, LLC (the "Appellant"), pursuant to 28 U.S.C. § 158(a), HEREBY files this Notice of Civil Appeal (the "Notice of Appeal") of the Corrected Memorandum and Supplemental Order on Application to Employ [Dkt. 442] entered on February 20, 2025 heretofore entered by the Bankruptcy Court, and states as follows:

The names and addresses of all parties to the Order appealed from and the names, addresses of their respective attorneys are as follows:

*Appellees:*

*White Oak Commercial Finance, LLC*
c/o Jeffrey M. Rosenthal, pro hac vice
Vincent J. Roldan, pro hac vice
Christopher T. Zona, pro hac vice
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
jrosenthal@mblawfirm.com

*vroldan@mblawfirm.com*
*czona@mblawfirm.com*

-and-

*Chapter 11 Trustee; JJB DC, Inc.*
c/o Lawrence A. Katz (DC Bar No. 25825)
Kristen E. Burgers (DC Bar No. 500674)
Allison P. Klena (*pro hac vice*)
HIRSCHLER FLEISCHER PC
1676 International Dr., Suite 1350
Tysons, Virginia 22102
Telephone: 703-584-8900
Facsimile: 703-584-8901
*Email: lkatz@hirschlerlaw.com*
*kburgers@hirschlerlaw.com*
*aklena@hirschlerlaw.com*

-and-

*Jolene Wee, SubChapter V Trustee*
c/o FOX ROTHSCHILD LLP
Robert F. Elgidely, Esq. (*Admitted Pro Hac Vice*)
*relgidely@foxrothschild.com*
Jaeho Lee (DC Bar No. 90022634)
*jaeholee@foxrothschild.com*
Diana Lyn Curtis Shutzer (DC Bar No. 1670689)
*dshutzer@foxrothschild.com*
2020 K Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 461-3100
*Counsel to the Subchapter V Trustee*

**Appellant(s):**

John D. Burns, Esquire
*The Burns Law Firm, LLC*
6305 Ivy Lane, Suite 340
Greenbelt, MD 20770
Tel: 301-441-8780
*Info@burnsbankruptcyfirm.com*
*Attorneys for the Firm/Appellant*

Respectfully submitted,
/s/ John D. Burns (MD 22777)

John D. Burns, Esquire
The Burns Law Firm, LLC
6305 Ivy Lane, Suite 340
Greenbelt, MD 20770
Tel: 301-441-8780
Info@burnsbankruptcyfirm.com
*Attorneys for the Firm/Appellant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of March, 2025, a copy of the foregoing Notice of Appeal was served, via first class mail, postage prepaid on or by e-filing upon registered recipients upon:

*ECF:*

*jrosenthal@mblawfirm.com*
*vroldan@mblawfirm.com*
*czona@mblawfirm.com*
*lkatz@hirschlerlaw.com*
*kburgers@hirschlerlaw.com*
*aklena@hirschlerlaw.com*
*relgidely@foxrothschild.com*
*jaeholee@foxrothschild.com*
*dshutzer@foxrothschild.com*

*Eustis, Kristen S. (USTP) <Kristen.S.Eustis@usdoj.gov>*
Any other ECF recipients

                                    RESPECTFULLY SUBMITTED,

                                    Respectfully submitted,
                                    /s/ John D. Burns (MD 22777)

                                    John D. Burns, Esquire
                                    The Burns Law Firm, LLC
                                    6305 Ivy Lane, Suite 340
                                    Greenbelt, MD 20770
                                    Tel: 301-441-8780
                                    Info@burnsbankruptcyfirm.com
                                    *Attorneys for the Firm/Appellant*